# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO
# AKRON DIVISION

In re:   Joseph A. Cipolletti  § Case No. 5:19-bk-51266
         Robyn G Cipolletti    §
                               §
Debtor(s)                      §

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

   Marc P. Gertz, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

   1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

   2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $328,402.04 | Assets Exempt: | $299,397.96 |
| *(without deducting any secured claims)* | | | |
| Total Distribution to Claimants: | $1,480.00 | Claims Discharged Without Payment: | $237,926.67 |
| Total Expenses of Administration: | $520.00 | | |

   3) Total gross receipts of $2,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $2,000.00 from liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | 330,102.04 | 0.00 | 0.00 | 0.00 |
| PRIORITY CLAIMS | | | | |
|    CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 520.00 | 520.00 | 520.00 |
|    PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
|    PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 221,812.92 | 190,114.81 | 190,114.81 | 1,480.00 |
| **TOTAL DISBURSEMENTS** | **$551,914.96** | **$190,634.81** | **$190,634.81** | **$2,000.00** |

      4) This case was originally filed under Chapter 7 on 05/30/2019. The case was pending for 21 months.

      5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

      6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

      Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 02/12/2021      By: /s/ Marc P. Gertz
                                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 - GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| PREFERENCE: Chris Cipolletti | 1141-000 | 2,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$2,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 - FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRANS. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | |

## EXHIBIT 3 - SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Franklin American Mortgage Company | 4110-000 | 311,102.04 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Car Max Auto Finance | 4210-000 | 19,000.00 | 0.00 | 0.00 | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$330,102.04** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 - CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Marc P. Gertz | 2100-000 | N/A | 500.00 | 500.00 | 500.00 |
| Signature Bank | 2600-000 | N/A | 20.00 | 20.00 | 20.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES and CHARGES** | | **N/A** | **$520.00** | **$520.00** | **$520.00** |

## EXHIBIT 5 - PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| | | None | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES and CHARGES** | | | | | |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 6 - PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None ||||||||
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | N/A | | | |

## EXHIBIT 7 - GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Quantum3 Group LLC as agent for | 7100-001 | 452.40 | 537.40 | 537.40 | 4.18 |
| 2 | American Express National Bank | 7100-000 | 4,935.03 | 5,175.33 | 5,175.33 | 40.29 |
| 3 | Citibank, N.A. | 7100-000 | 35,000.00 | 32,837.79 | 32,837.79 | 255.63 |
| 4 | Citibank, N.A. | 7100-000 | 3,500.00 | 3,916.84 | 3,916.84 | 30.49 |
| 5 | Capital One Bank (USA), N.A. | 7100-000 | N/A | 23,311.96 | 23,311.96 | 181.48 |
| 6 | Discover Bank | 7100-000 | 22,691.95 | 20,272.98 | 20,272.98 | 157.82 |
| 7 | Discover Bank | 7100-000 | 19,624.97 | 16,625.54 | 16,625.54 | 129.43 |
| 8 | Discover Bank | 7100-000 | 13,331.10 | 13,440.99 | 13,440.99 | 104.64 |
| 9 | PYOD, LLC | 7100-001 | 626.64 | 640.45 | 640.45 | 4.99 |
| 10 | Navient Solutions, LLC. | 7100-000 | 33,971.81 | 34,638.38 | 34,638.38 | 269.64 |
| 11 | JPMorgan Chase Bank, N.A. | 7100-000 | 9,073.95 | 9,104.33 | 9,104.33 | 70.88 |
| 12 | JPMorgan Chase Bank, N.A. | 7100-000 | 22,941.81 | 22,979.56 | 22,979.56 | 178.89 |
| 13 | PYOD, LLC | 7100-000 | 732.47 | 788.52 | 788.52 | 6.14 |
| 14 | PYOD, LLC | 7100-000 | 5,638.93 | 5,844.74 | 5,844.74 | 45.50 |
| NOTFILED | Bank Of America | 7100-000 | 4,399.91 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Cabela's Club Visa | 7100-000 | 503.55 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Jeffrey M. Levinson | 7100-000 | 4,362.50 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Key Bank | 7100-000 | 15,585.85 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Nordstrom Visa | 7100-000 | 23,583.79 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Northwest Bank | 7100-000 | 856.26 | 0.00 | 0.00 | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | **$221,812.92** | **$190,114.81** | **$190,114.81** | **$1,480.00** |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# FORM 1
# INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
# ASSET CASES

| | | |
|---|---|---|
| **Case Number:** 19-51266 AMK | **Trustee:** | Marc P. Gertz |
| **Case Name:** Joseph A. Cipolletti | **Filed (f) or Converted (c):** | 05/30/19 (f) |
| Robyn G Cipolletti | **§341(a) Meeting Date:** | 07/29/19 |
| **Period Ending:** 02/12/21 | **Claims Bar Date:** | 01/15/20 |

| Ref # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) Abandon | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 7255 Lascala Drive, Hudson, OH 44236 | 475,000.00 | 0.00 | OA | 0.00 | FA |
| 2 | 2015 BMW 328i | 17,000.00 | 0.00 | | 0.00 | FA |
| 3 | Miscellaneous Household Goods and Furnishings | Unknown | 0.00 | | 0.00 | FA |
| 4 | Two (2) Handguns | Unknown | 0.00 | | 0.00 | FA |
| 5 | Two (2) House Cats | 0.00 | 0.00 | | 0.00 | FA |
| 6 | Checking PNC Bank | 300.00 | 0.00 | | 0.00 | FA |
| 7 | Checking Chase Bank | 500.00 | 0.00 | | 0.00 | FA |
| 8 | Fidelity Investments / TIAA | 135,000.00 | 0.00 | | 0.00 | FA |
| 9 | [Robyn's Work Policy] Joseph Cipolletti | 0.00 | 0.00 | | 0.00 | FA |
| 10 | AAA Life Insurance/First Penn Pacific/New York Life Insurance Company Joseph and Robyn Cipolletti | 0.00 | 0.00 | | 0.00 | FA |
| 11 | PREFERENCE: Chris Cipolletti | 175.00 | 2,000.00 | | 2,000.00 | FA |
| **TOTALS** (Excluding Unknown Values) | | **$627,975.00** | **$2,000.00** | | **$2,000.00** | **$0.00** |

**Major activities affecting case closing:**
5/26/2020: DEBTORS HAVE RESUMED PAYMENTS
3/27/2020: TRUSTEE HAS ALLOWED DEBTORS TO HOLD OFF PAYMENTS UNTIL LATE APRIL WHEN HE WILL RE-EVALUATE AT THAT TIME.
11/4/19: TRUSTEE WILL RECEIVE $2,000.00 FROM THE DEBTORS FOR THE PREFERENCE. PAYMENTS OF $500.00 FOR 4 MONTHS STARTING JANUARY, 2020

10/7/19: TRUSTEE IS INVESTIGATING A PREFERENCE IN THIS CASE.

**Initial Projected Date of Final Report (TFR):** November 30, 2020     **Current Projected Date of Final Report (TFR):** October 07, 2020 (Actual)

| | |
|---|---|
| February 12, 2021 | /s/ Marc P. Gertz |
| Date | Marc P. Gertz |

Exhibit 9

# Form 2
## Cash Receipts and Disbursements Record

Page: 1

| | | |
|---|---|---|
| **Case Number:** | 19-51266 AMK | |
| **Case Name:** | Joseph A. Cipolletti | |
| | Robyn G Cipolletti | |
| **Taxpayer ID#:** | **-***0900 | |
| **Period Ending:** | 02/12/21 | |

| | | |
|---|---|---|
| **Trustee:** | Marc P. Gertz | |
| **Bank Name:** | Texas Capital Bank | |
| **Account:** | ******3880 - Checking Account | |
| **Blanket Bond:** | $2,000,000.00 (per case limit) | |
| **Separate Bond:** | N/A | |

| 1<br>Trans.<br>Date | 2<br>Check or<br>Ref. # | 3<br>Paid To / Received From | 4<br>Description of Transaction | Uniform<br>Tran. Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 02/11/20 | Asset #11 | Joe Cipolletti | Preference | 1141-000 | 250.00 | | 250.00 |
| 02/28/20 | Asset #11 | Joseph Cipolletti | Preference | 1141-000 | 250.00 | | 500.00 |
| 05/26/20 | Asset #11 | Joseph Cipolletti | Preference | 1141-000 | 500.00 | | 1,000.00 |
| 06/09/20 | | Signature Bank | Transfer to account ending 8210 | 9999-000 | | 1,000.00 | 0.00 |
| | | **ACCOUNT TOTALS** | | | 1,000.00 | 1,000.00 | $0.00 |
| | | Less: Bank Transfers | | | 0.00 | 1,000.00 | |
| | | **Subtotal** | | | 1,000.00 | 0.00 | |
| | | Less: Payment to Debtors | | | | 0.00 | |
| | | **NET Receipts / Disbursements** | | | **$1,000.00** | **$0.00** | |

19-51266-amk    Doc 38    FILED 02/16/21    ENTERED 02/16/21 15:40:04    Page 6 of 9

# Form 2
# Cash Receipts and Disbursements Record

Exhibit 9

Page: 2

| | | |
|---|---|---|
| **Case Number:** | 19-51266 AMK | |
| **Case Name:** | Joseph A. Cipolletti | |
| | Robyn G Cipolletti | |
| **Taxpayer ID#:** | **-***0900 | |
| **Period Ending:** | 02/12/21 | |

| | |
|---|---|
| **Trustee:** | Marc P. Gertz |
| **Bank Name:** | Signature Bank |
| **Account:** | ******8210 - Checking Account |
| **Blanket Bond:** | $2,000,000.00 (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>Check or<br>Ref. # | 3<br>Paid To / Received From | 4<br>Description of Transaction | Uniform<br>Tran. Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 06/09/20 | | Texas Capital Bank | Transfer from account ending 3880 | 9999-000 | 1,000.00 | | 1,000.00 |
| 06/22/20 | Asset #11 | Joseph Cipolletti | Preference | 1141-000 | 250.00 | | 1,250.00 |
| 06/24/20 | Asset #11 | Joseph Cipolletti | Preference | 1141-000 | 250.00 | | 1,500.00 |
| 06/30/20 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 5.00 | 1,495.00 |
| 07/13/20 | Asset #11 | Joseph Cipolletti | Preference | 1141-000 | 125.00 | | 1,620.00 |
| 07/22/20 | Asset #11 | Joseph Cipolletti | Preference | 1141-000 | 125.00 | | 1,745.00 |
| 07/27/20 | Asset #11 | Joseph Cipolletti | Preference | 1141-000 | 125.00 | | 1,870.00 |
| 07/31/20 | Asset #11 | Joseph Cipolletti | Preference | 1141-000 | 125.00 | | 1,995.00 |
| 07/31/20 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 5.00 | 1,990.00 |
| 08/31/20 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 5.00 | 1,985.00 |
| 09/30/20 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 5.00 | 1,980.00 |
| 12/04/20 | 1001 | Marc P. Gertz | Dividend of 100.000000000%. | 2100-000 | | 500.00 | 1,480.00 |
| 12/04/20 | 1002 | Clerk of the Bankruptcy Court | | | | 9.17 | 1,470.83 |
| 12/04/20 | | Clerk, US Bankruptcy Court | Dividend of 0.778476963%, Claim No.9. | 7100-001 | 4.99 | | 1,470.83 |
| 12/04/20 | | Clerk, US Bankruptcy Court | Dividend of 0.778476963%, Claim No.1. | 7100-001 | 4.18 | | 1,470.83 |

# Form 2
# Cash Receipts and Disbursements Record

Exhibit 9
Page: 3

| Case Number: | 19-51266 AMK | Trustee: | Marc P. Gertz |
|---|---|---|---|
| Case Name: | Joseph A. Cipolletti | Bank Name: | Signature Bank |
| | Robyn G Cipolletti | Account: | ******8210 - Checking Account |
| **Taxpayer ID#:** | **-***0900 | Blanket Bond: | $2,000,000.00 (per case limit) |
| **Period Ending:** | 02/12/21 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>Check or<br>Ref. # | 3<br>Paid To / Received From | 4<br>Description of Transaction | Uniform<br>Tran. Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 12/04/20 | 1003 | American Express National Bank | Dividend of 0.778476963%, Claim No.2. | 7100-000 | | 40.29 | 1,430.54 |
| 12/04/20 | 1004 | Citibank, N.A. | Dividend of 0.778476963%, Claim No.3. | 7100-000 | | 255.63 | 1,174.91 |
| 12/04/20 | 1005 | Citibank, N.A. | Dividend of 0.778476963%, Claim No.4. | 7100-000 | | 30.49 | 1,144.42 |
| 12/04/20 | 1006 | Capital One Bank (USA), N.A. | Dividend of 0.778476963%, Claim No.5. | 7100-000 | | 181.48 | 962.94 |
| 12/04/20 | 1007 | Discover Bank | Dividend of 0.778476963%, Claim No.6. | 7100-000 | | 157.82 | 805.12 |
| 12/04/20 | 1008 | Discover Bank | Dividend of 0.778476963%, Claim No.7. | 7100-000 | | 129.43 | 675.69 |
| 12/04/20 | 1009 | Discover Bank | Dividend of 0.778476963%, Claim No.8. | 7100-000 | | 104.64 | 571.05 |
| 12/04/20 | 1010 | Navient Solutions, LLC. | Dividend of 0.778476963%, Claim No.10. | 7100-000 | | 269.64 | 301.41 |
| 12/04/20 | 1011 | JPMorgan Chase Bank, N.A. | Dividend of 0.778476963%, Claim No.11. | 7100-000 | | 70.88 | 230.53 |
| 12/04/20 | 1012 | JPMorgan Chase Bank, N.A. | Dividend of 0.778476963%, Claim No.12. | 7100-000 | | 178.89 | 51.64 |
| 12/04/20 | 1013 | PYOD, LLC | Dividend of 0.778476963%, Claim No.13. | 7100-000 | | 6.14 | 45.50 |
| 12/04/20 | 1014 | PYOD, LLC | Dividend of 0.778476963%, Claim No.14. | 7100-000 | | 45.50 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| ACCOUNT TOTALS | 2,000.00 | 2,000.00 | $0.00 |
| Less: Bank Transfers | 1,000.00 | 0.00 | |
| Subtotal | 1,000.00 | 2,000.00 | |
| Less: Payment to Debtors | | 0.00 | |
| NET Receipts / Disbursements | $1,000.00 | $2,000.00 | |

Exhibit 9

Page: 4

# Form 2
# Cash Receipts and Disbursements Record

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---:|---:|---:|
| **Checking # ******3880** | 1,000.00 | 0.00 | 0.00 |
| **Checking # ******8210** | 1,000.00 | 2,000.00 | 0.00 |
| | $2,000.00 | $2,000.00 | $0.00 |