Northern District Of Ohio  
455 John F. Seiberling Federal Building  
US Courthouse  
2 South Main Street  
Akron, OH 44308  
**Case No. 19−51266−amk**

**In re:**

| Joseph A. Cipolletti | Robyn G. Cipolletti |
| --- | --- |
| 7255 Lascala Drive | 7255 Lascala Drive |
| Hudson, OH 44236 | Hudson, OH 44236 |

**Social Security No.:**

xxx−xx−9837                                                                xxx−xx−9210

**FINAL DECREE**

The Court, in reliance upon the certification of the case trustee, finds that the estate of the debtor(s) has been fully administered.

☐  The deposit required by the Plan has been distributed.

**It is therefore Ordered that:**

☑  Marc P. Gertz is discharged as Trustee of the estate of the debtor and any bond required by 11 U.S.C. § 322 is cancelled.

☑  The Chapter 7 case of the debtor(s) is closed; and

☐  Other provisions as needed.


**Dated:** February 17, 2021                                    **BY THE COURT**
Form ohnb136                                                              /s/ Alan M. Koschik
                                                                          United States Bankruptcy Judge